# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 10. Bill of Costs

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form10instructions.pdf

**9th Cir. Case Number(s)** | 24-5196 and 24-5200

**Case Name** | Rowland, et al, Appellees v. Brumley, et al, Appellant

The Clerk is requested to award costs to *(party name(s))*:

Plaintiffs-Appellees -Ariane Rowland and Jamie Schulze and Tracy Caekaert, Camillia Mapley.

I swear under penalty of perjury that the copies for which costs are requested were actually and necessarily produced, and that the requested costs were actually expended.

**Signature** | /s/ Ryan R. Shaffer    **Date** | 7/17/2025

*(use "s/[typed name]" to sign electronically-filed documents)*

| COST TAXABLE | REQUESTED (each column must be completed) | | | |
|---|---|---|---|---|
| DOCUMENTS / FEE PAID | No. of Copies | Pages per Copy | Cost per Page | TOTAL COST |
| Excerpts of Record* | 3 | 3010 | $0.06 | $541.80 |
| Principal Brief(s) *(Opening Brief; Answering Brief; 1st, 2nd, and/or 3rd Brief on Cross-Appeal; Intervenor Brief)* | 6 | 40 | $0.06 | $14.40 |
| Reply Brief / Cross-Appeal Reply Brief | | | $ | $ |
| Supplemental Brief(s) | | | $ | $ |
| Petition for Review Docket Fee / Petition for Writ of Mandamus Docket Fee / Appeal from Bankruptcy Appellate Panel Docket Fee | | | | $ |
| | | | TOTAL: | $556.20 |

***Example:*** Calculate 4 copies of 3 volumes of excerpts of record that total 500 pages [Vol. 1 (10 pgs.) + Vol. 2 (250 pgs.) + Vol. 3 (240 pgs.)] as:
No. of Copies: 4; Pages per Copy: 500; Cost per Page: $.10 (or actual cost IF less than $.10);
TOTAL: 4 x 500 x $.10 = $200.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 10** | Rev. 12/01/2021

# Check

**SHAFFER & STEPANS, PLLP**
430 RYMAN STREET
MISSOULA, MT 59802
(406)543-6929

3490 CLUBHOUSE DRIVE, SUITE 104
WILSON, WY 83014
(307)734-9544

FIRST SECURITY BANK
PO BOX 4506
MISSOULA, MT 59806

93-133/929

**15257**

12/12/2024

PAY TO THE ORDER OF: Mike's Print and Copy        $ **767.40

Seven Hundred Sixty-Seven and 40/100************************************************************************

Mike's Print and Copy
1503 South Russell
Missoula, MT 59801

MEMO: Copy & Binding of Appellee's Brief

---

SHAFFER & STEPANS PLLP
Mike's Print and Copy
Advanced Client Costs — Caekaert: Copy & Binding of Appellee's Response Br — 383.70
Advanced Client Costs — Rowland: Copy & Binding of Appellee's Response Bri — 383.70

12/12/2024    15257

---

Shaffer & Stepans FS    Copy & Binding of Appellee's Brief

SHAFFER & STEPANS PLLP
Mike's Print and Copy
Advanced Client Costs — Caekaert: Copy & Binding of A
Advanced Client Costs — Rowland: Copy & Binding of A

12/12/2024 1:11 PM    Sales Receipt #73955
Store: 1

**Mike's Print and Copy**
1605 South Ave W.
Missoula, MT 59801
(406) 728-3363
orders@montanacopy.com

Cashier:

| Item Name | Qty | Price | Ext Price |
|---|---|---|---|
| Black Digital Prints can | 9270 | $0.06 | $556.20 |
| Cardstock cs | 96 | $0.20 D% 20% | $19.20 |
| Bindery bind | 48 | $4.00 | $192.00 |

Subtotal: $767.40
Local Sales Tax   0 % Tax: + $0.00
**RECEIPT TOTAL: $767.40**

Check: $767.40   15257

Total Sales Discounts: $4.80

Thanks for shopping with us!

73955

Shaffer & Stepans FS    Copy & Binding of Appellee's Brief

SF5001-1  Safeguard  LITHO USA  SFSL1 CK7S08111L  TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 40